OPINION — AG — ** RETIREMENT — DEPARTMENT OF PUBLIC SAFETY ** A MEMBER OF THE RETIREMENT AND PENSION PLAN OF THE STATE DEPARTMENT OF PUBLIC SAFETY WHO IS EMPLOYED BY THE STATE BUREAU OF INVESTIGATION CAN QUALIFY FOR RETIREMENT FOR LENGTH OF SERVICE UNDER SUCH PLAN, BY CONTINUING TO MAKE HIS INDIVIDUAL CONTRIBUTIONS. (DUAL CONTRIBUTIONS, DUAL COMPENSATION, MEMBERSHIP, PRIVILEGES, ACTIVE DUTY) CITE: 47 O.S. 381.5 [47-381.5], 74 O.S. 154 [74-154], 74 O.S. 160 [74-160] (J. H. JOHNSON)